**Charlotte Oelschlagel, appellee, v. Moir Hotel Company, appellant. Gen. No. 32,347.**

Opinion filed May 2, 1928.

Campbell & Fischer, for appellant; Carlton L. Fischer and Raymond P. Fischer, of counsel. Benjamin H. Ehrlich, for appellee; Aaron H. Cohn, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

**Carolan, Graham & Hoffman, Inc., appellee, v. J. D. Rankin, appellant. Gen. No. 32,374.**

Opinion filed May 2, 1928.

McBride & Brenner, for appellant. Newby & Murphy, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. James H. Hooper, plaintiff in error. Gen. No. 32,417.**

Opinion filed May 2, 1928.

James H. Hooper, *pro se.* Robert E. Crowe, State's Attorney, for defendant in error; Horace M. Sharpe, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

**Walter Hatley, plaintiff in error, v. Maggie Hatley, defendant in error. Gen. No. 31,981.**

Opinion filed May 2, 1928. Rehearing denied May 17, 1928.

Ellis & Westbrooks, Richard E. Westbrooks, Blaine G. Alston and William B. Bruce, for plaintiff in error; Richard E. Westbrooks, of counsel. James G. Cotter, for defendant in error; C. H. Calloway, of counsel.

Mr. Justice Holdom delivered the opinion of the court.